# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-411

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 07, 2024

## Title

        **Title of Work:** Under the Sun II

## Completion/Publication

        **Year of Completion:** 2011
        **Date of 1st Publication:** November 01, 2011
        **Nation of 1st Publication:** United States

## Author

-         **Author:** Lisa Audit
        **Author Created:** 2-D artwork
        **Citizen of:** Canada

## Copyright Claimant

        **Copyright Claimant:** Lisa Audit
        Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions

        **Organization Name:** Looking Good Licensing, LLC.
        **Name:** Paul Wheeler, Jr.
        **Email:** paul@lookinggoodlicensing.com
        **Telephone:** (802)362-4882
        **Alt. Telephone:** (860)248-9838
        **Address:** P.O. Box 236
        Manchester, VT 05254 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-610**

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title
    **Title of Work:** Poppies Melody

## Completion/Publication
    **Year of Completion:** 2011
    **Date of 1st Publication:** November 01, 2011
    **Nation of 1st Publication:** United States

## Author
-     **Author:** Lisa Audit
    **Author Created:** 2-D artwork
    **Citizen of:** Canada

## Copyright Claimant
    **Copyright Claimant:** Lisa Audit
    Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions
    **Organization Name:** Looking Good Licensing, LLC.
    **Name:** Paul Wheeler, Jr.
    **Email:** paul@lookinggoodlicensing.com
    **Telephone:** (802)362-4882
    **Alt. Telephone:** (860)248-9838
    **Address:** P.O. Box 236
    Manchester, VT 05254 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-420-594

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** Poesie Florale III

## Completion/Publication

**Year of Completion:** 2004
**Date of 1st Publication:** September 01, 2004
**Nation of 1st Publication:** United States

## Author

- **Author:** Lisa Audit
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification

Page 1 of 2

