# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AUDIT, <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,", <br><br> Defendants. | Civil Action No. <br><br> 25-cv-01553 <br><br> (Judge Stickman) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s) AIDOU Carpet, Monopoly Cup, Sliverr, The Ideal Cup, Michael ck, Create brilliance together kq, liangjiayoupin, cmqhks, Umi Décor, LULUBI, mmjia, CreativeHaven, HAPPIGO zzl, Alice poster, Beautiful poster YY , zzldl with each party to bear its own attorneys' fees, costs, and expenses.  The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: December 3, 2025

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street

- 2 -

        Pittsburgh, Pennsylvania 15143
        (412) 741-8400 – Telephone
        (412) 741-9292 – Facsimile

        Attorney for Plaintiff