# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AUDIT,<br><br>    Plaintiff,<br><br>          v.<br><br>THE INDIVIDUALS, et al.,<br><br>    Defendants | Case No.: 25-cv-01553<br><br>Hon. Judge William S.Stickman<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR MISJOINDER** |

      **AND NOW**, this _____ day of _____, 20_____, upon consideration of the **Motion to Dismiss for Misjoinder** filed by the Group A Defendants, it is hereby ORDERED as follows:

1. The Moving Defendants' Motion to Dismiss for Misjoinder (ECF No. 42) is GRANTED.
2. The Court finds that the Moving Defendants have been improperly joined in this action under Federal Rule of Civil Procedure 20, and that dismissal of the claims asserted against them pursuant to Federal Rule of Civil Procedure 21 is appropriate.
3. All claims asserted by Plaintiff against Group A Defendants, identified in the attached list are hereby DISMISSED [with / without] prejudice for improper joinder.
4. This Order does not affect Plaintiff's claims against any remaining defendants, which shall proceed in the ordinary course.
5. The Clerk shall update the docket accordingly.

                                                           SO IT IS ORDERED:

                                                           _____
                                                           Hon. Judge William S. Stickman
                                                           United States District Judge

**Group A Defendants**

| Defendant's Name | Def. No. |
|---|---|
| NB poster | NO.120 |
| voguish poster | NO.4 |
| Home of Posters | NO.96 |
| Lucky poster wall decoration | NO.150 |
| skt poster | NO.181 |
| posters ONE | NO.158 |
| apple poster | NO.132 |
| Three posters | NO.176 |
| Holiday decoration posters | NO.1 |
| Magical paintings | NO.139 |
| thebester | NO.153 |
| Beautiful life in dream | NO.179 |
| wonderful poster | NO.166 |
| The House of Poster Art | NO.125 |
| Oil Painting Arter | NO.178 |
| A big oil painting shop | NO.233 |
| Ziping oil painting shop | NO.175 |
| Decorative Painting Superman | NO.151 |
| Artful Livin Wall Wonders Aesthetic Haven | NO.169 |
| Renaissance Rewind | NO.140 |
| Canvas Classics One | NO.167 |
| Vivid Prints | NO.157 |
| Colorful Vision poster | NO.152 |
| Printing canvas painting | NO.165 |
| Oil painting poster expert | NO.170 |
| GQQ Decorative paintings and posters | NO.159 |
| YY Oil Painting Posters | NO.102 |