IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AUDIT, <br><br> Plaintiffs, <br> v. <br><br> HOLIDAY DECORATION POSTERS, <br><br> Defendants. | Civil Action No. <br><br> 25-cv-01553 <br><br> (Judge Stickman) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 23 | Desirable wall art painting |
| 43 | DZRC |
| 62 | Goshadow |
| 86 | Cactus home textile |
| 87 | Rug Selection |
| 198 | Unique Closet |
| 205 | BRAVOO |
| 258 | FashionMosaic |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

- 2 -

Dated: January 17, 2026                /s/ Stanley D. Ference III
                                       Stanley D. Ference III
                                       Pa. ID No. 59899
                                       courts@ferencelaw.com

                                       FERENCE & ASSOCIATES LLC
                                       409 Broad Street
                                       Pittsburgh, Pennsylvania 15143
                                       (412) 741-8400 – Telephone
                                       (412) 741-9292 – Facsimile

                                       Attorney for Plaintiff